SENTENCING SUMMARY CHART
[ ] AND GOVERNMENT MOTION UNDER USSG § 3E1.1(b)]

USPO _____
AUSA __x__
DEF _____

Sentencing Date: February 03, 2025

Defendant's Name: Michael Hart   Docket No.: 3:24-CR-0383-H
Attorney's Name: Stephen Da Ponte   Phone No.: 202-598-3343
Guideline Manual Used: November 21, 2021   Agree with USPO Calcs. No
Base Offense Level(s): USSG § 2Q1.2 Mishandling Hazardous or Toxic Substances   8
Specific Offense Characteristics: _____

Adjusted Offense Level:
[ ] Combined (Mult. Counts)  [ ] Career Off.  [ ] Armed Career Crim.   8
Adjustment for Acceptance of Responsibility [ ] Government Motion - USSG §3E1.1(b)]   -2

Total Offense Level:   6
Supervised Release Range (based on Total Offense Level): 1 to 3 years
Fine Range (based on Total Offense Level): $ 200 to $ 9,500

Criminal History Score:   0
Criminal History Category:   I
[ ] Career Offender   [ ] Armed Career Criminal
Guideline Range:   from 0 mths
(Range limited by: [ ] minimum mand. [ ] statutory maximum)   to 6 mths

Departures:
  Zero Point Offender, USSG §4C1.1   -2
Resulting Guideline Range: Adjusted Offense Level: 4   from 0 mths
                                                       to 6 mths

RECOMMENDATION: ~~3 years of probation, restitution of~~ TIME SERVED 1YR SR *(AWP)*

$1,500, and a $100.00 special assessment. The sentence recommended by the United States is sufficient but not greater than necessary to achieve the goals of sentencing.

03/2023