# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | CASE NUMBER 24-cr-00383-H |
|---|---|
| vs | **ABSTRACT OF ORDER** |
| Michael Hart | Booking No. 13195-506 |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 2/3/2025 the Court entered the following order:

☒ Defendant be release from custody.

☐ Defendant placed on supervised / unsupervised probation / supervised release.

☐ Defendant continued on supervised / unsupervised probation / supervised release.

☐ Defendant released on _____ Bond posted.

☐ Defendant appeared in Court. FINGERPRINT & RELEASE.

☐ Defendant remanded and ( _____ bond ) ( _____ bond on appeal ) exonerated.

☒ Defendant sentenced to TIME SERVED, supervised release for   1   year.

☐ Bench Warrant Recalled.

☐ Defendant forfeited collateral.

☐ Case dismissed.

☐ Case dismissed, charges pending in case no.

☐ Defendant to be release to Pretrial Services for electronic monitoring.

☐ Other.

Marilyn L. Huff
UNITED STATES DISTRICT JUDGE
OR
JOHN MORRILL, Clerk of Court
by   Rhonda Woods ext. 6418

Crim-9 (Rev. 09/23)
Original

# Rhonda Woods

**From:** CAS Releases
**Sent:** Monday, February 03, 2025 2:46 PM
**To:** Rhonda Woods
**Subject:** Read: 24cr0383-H - USA v Michael Hart - Abstract
**Attachments:** Read: 24cr0383-H - USA v Michael Hart - Abstract

CAUTION - EXTERNAL:

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.